NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES M. JOHNSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7038

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2476, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

James M. Johnson moves without opposition to dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__MAR 0 9 2012__                          /s/ Jan Horbaly___
Date                                      Jan Horbaly
                                          Clerk

cc: John F. Cameron, Esq.
    Tara K. Hogan, Esq.

s21

Issued As A Mandate: __MAR 0 9 2012__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK